**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00368-CV**
_____

**CITY OF PATTON VILLAGE, TEXAS, Appellant**

**V.**

**CONCERNED CITIZEN, JONATHAN FIFE, HOLLY HESSON, AND RANDALL HYDE, Appellees**

On Appeal from the 457th District Court
Montgomery County, Texas
Trial Cause No. 20-02-02477-CV

**ORDER**

The City of Patton Village, Texas filed an unopposed motion to stay a bench trial scheduled to start on November 24, 2021. According to The City, it is entitled to a stay because it has filed a timely appeal challenging the order the trial court signed on November 3, 2021, denying its plea to the jurisdiction. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(8). The City appealed that order nine days later on November 12, 2021. *See id*.; *see also* Tex. R. App. P. 26.1(b).

1

This Court has the right to issue orders as necessary to preserve the rights the parties have in cases involving appeals from interlocutory orders like the one The City is challenging in its appeal. Tex. R. App. P. 29.3. The City's motion to stay was not opposed. Under the circumstances, we conclude a temporary order staying the trial is necessary to preserve the rights of the parties until the Court disposes of The City's appeal.

We ORDER the trial court to stay the proceedings until our Opinion issues in the appeal in absence of any further orders by this Court related to the appeal currently before this Court. *See id*.

ORDER ENTERED November 22, 2021.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.